### 7963. SUTTON *v.* THE STATE.

LUKE, J. The only grounds of the motion for a new trial are the general grounds, and exceptions to excerpts from the charge of the court, on the ground that the charge was not warranted by the evidence. The defendant's statement and the evidence authorized the instructions complained of, and there was evidence that authorized the verdict. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Broyles, P. J., concur.*
DECIDED FEBRUARY 16, 1917.

Conviction of shooting at another; from Dooly superior court—Judge George. January 31, 1916.

*Powell & Lumsden,* for plaintiff in error.

*Joseph B. Wall,* solicitor-general, *Jesse Grantham,* contra.